# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **Untavion Demon Watkins,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 3:15-cv-00378-MR |
| | ) | 3:08-cr-00096-MR |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 6, 2015 Memorandum of Decision and Order.

November 6, 2015

Frank G. Johns, Clerk
United States District Court